**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MARK DWAYNE LENDERMAN**                                                        **PLAINTIFF**

V.                     **CASE NO.: 3:11CV00013 BRW-BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                      **DEFENDANT**

## ORDER

Pending is the Commissioner's unopposed motion to substitute counsel. (Docket entry #15) For good cause shown, the Commissioner's motion is GRANTED. Special Assistant United States Attorney Marissa Silverman is relieved as counsel of record, and Special Assistant United States Attorney Natalie Olszewski is substituted as counsel for the Commissioner in this case. The Clerk is directed to substitute Ms. Olszewski as counsel of record for the Commissioner.

IT IS SO ORDERED this 1st day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE