```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   JONESBORO DIVISION
```

MARK DWAYNE LENDERMAN                                    Plaintiff

v.                            3:11CV00013 BRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                 Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 5th day of January, 2012.


                                    /s/Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE